# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

350 Northern Boulevard, Albany, New York 12204

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.** | Telephone: (518) 449-2043 | For payments Only: |
| Trustee | Facsimile: (518) 449-2473 | P.O Box 1918 |
| **Diane Davis, Esq.** | | Memphis, TN 38101-1918 |
| Assoc. Attorney | | |

March 1, 2010

Bankruptcy Court
The Atrium
100 South Salina Street
Suite 310
Syracuse, New York 13202

Re:   07-30670          Robert & Margaret Desantis

To Whom It May Concern:

Enclosed please find check #**806474** in the amount of **$43.28**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. The creditor has failed to cash checks. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

| | |
|---|---|
| Claim No. | 17 |
| Account# | 181795915 |
| Creditor | Kaufmann's |
| | PO Box 66955 |
| | May Credit Service Center |
| | St. Louis, MO 63166 |

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli

RECEIVED
MAR 08 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY